ROBERT C. MONTGOMERY
ROBERT C. MONTGOMERY, CHTD.
2160 South Twin Rapid Way
Boise, ID  83709
Telephone:  (208) 322-8865
Facsimile:   (208) 322-8395
Idaho State Bar No. 1793
Email: bmontgomerylaw@gmail.com

Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph:  (323) 988-2400; Fax: (866) 385-1408

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA LOWDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I.C. SYSTEMS, INC.,<br><br>　　　　Defendant. | CASE NO:  4:11-cv-213<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

　　　AMANDA LOWDER (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against I.C. SYSTEMS, INC., (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Idaho, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Rupert, Idaho.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

8. Defendant is a corporation located in St. Paul, Minnesota.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Beginning in August of 2010, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant called on an almost daily basis, multiple times per day, through February of 2011.

12. Defendant regularly contacted Plaintiff up to four (4) times per day.

13. Plaintiff repeatedly informed Defendant that she did not presently have any assets to

satisfy the alleged debt but would after she received her tax return.

14. Despite this, Defendant continued its constant and continuous contacts to Plaintiff for months on end, multiple times per day.

15. Defendant called from its phone number (651) 204-1388 to Plaintiff's cellular phone number (208) 312-6440 and her husband's phone number (208) 312-6444.

16. Defendant failed to send written verification regarding the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse of Plaintiff in connection with the collection of an alleged debt;

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

    c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means to collect or attempt to collect the alleged debt by repeatedly contacting Plaintiff multiple times per day after being put on notice that Plaintiff could not satisfy the alleged debt in an effort to coerce payment; and

    d. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt

collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, Plaintiff, AMANDA LOWDER, respectfully requests judgment be entered against Defendant, I.C. SYSTEMS, INC., for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

20. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, AMANDA LOWDER, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: May 11, 2011

By: /s/ Robert Montgomery
Robert C. Montgomery, Esquire

Of Counsel
Krohn & Moss, Ltd.
Attorneys for Plaintiff

4

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO

Plaintiff, AMANDA LOWDER, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, AMANDA LOWDER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

04/22/2011
/Date

_____
AMANDA LOWDER

5