ROBERT C. MONTGOMERY
ROBERT C. MONTGOMERY, CHTD.
2160 South Twin Rapid Way
Boise, ID  83709
Telephone:  (208) 322-8865
Facsimile:   (208) 322-8395
Idaho State Bar No. 1793
Email: bmontgomerylaw@gmail.com

Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph:  (323) 988-2400; Fax: (866) 385-1408

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
_____

| | |
|---|---|
| AMANDA LOWDER,<br><br>            Plaintiff,<br><br>   v.<br><br>I.C. SYSTEMS, INC.,<br><br>            Defendant. | CASE NO: 4:11-cv-00213-REB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE OF VOLUNTARY DISMISSAL**

   AMANDA LOWDER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order)

voluntarily dismisses, with prejudice, I.C. SYSTEMS, INC.  (Defendant), in this case.

        Both sides to bear their own costs and expenses.



                    <signature enclosed below>

                                                                                                                                1

RESPECTFULLY SUBMITTED,


By: /s/ Robert Montgomery
Robert C. Montgomery, Esquire

Of Counsel
Krohn & Moss, Ltd.
Attorneys for Plaintiff


# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A true and correct copy was electronically submitted by electronic mail to the following:

Sue Johnson
Director of Legal Affairs
I.C. System, Inc
444 Highway 96 E
St Paul MN 55127 2557


By: /s/ Robert Montgomery
Robert C. Montgomery, Esquire